**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**George Arthur DODGE, III,
Defendant–Appellant.**

**No. 02–6973.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 29, 2002.

George Arthur Dodge, III, Appellant Pro Se. Michael D. Stein, Office of the United States Attorney, Wheeling, West Virginia; Sherry L. Muncy, Office of the United States Attorney, Clarksburg, West Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

George Arthur Dodge, III seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Dodge*, Nos. CR–98–2–ALL; CA–00–82 (N.D.W. Va. June 4, 2002). We deny Dodge's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*